IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JACQUELYNN DESIMONE, :

    Plaintiff, :

v. : Case No. 2:10-cv-0214

D. SCOTT CARRUTHERS, et al., : JUDGE SARGUS

    Defendants. :

## ORDER

Plaintiff has now filed a motion to dismiss with prejudice. The motion states that this case has been settled. Although the motion may not have been served on the defendants (the certificate of service states only that the motion was electronically filed, and pro se parties do not automatically receive notice of such filings), the defendants will suffer no prejudice from the proposed dismissal. The motion to dismiss (#14) is therefore **GRANTED**. This case is **DISMISSED WITH PREJUDICE.**

    IT IS SO ORDERED.

10-28-2010
**DATED**

**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**