AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

JACQUELYNN DESIMONE,

        Plaintiff,

vs.

D. SCOTT CARRUTHERS, et al.,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NO.  C2-10-214
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE TERENCE P. KEMP

___   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Order filed October 28, 2010, JUDGMENT is hereby entered DISMISSING this case with prejudice.**

Date: October 28, 2010                               JAMES BONINI, CLERK

                                                      */S/ Andy F. Quisumbing*
                                                      (By) Andy F. Quisumbing
                                                      Courtroom Deputy Clerk